UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

JUIVONNE LITTLEJOHN,

        Plaintiff,              Case No. 2:20-cv-112

v.                                        Honorable Paul L. Maloney

GRETCHEN WHITMER et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated:  October 16, 2020                /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            United States District Judge